# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>G.I. JOE'S HOLDING CORPORATION AND G.I. JOE'S, INC.,[1]<br>        Debtors. | Chapter 11<br>Case No. 09-10713 (KG)<br><br>Jointly Administered |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Fed. R. Bankr. P. 2002 and 9010(b), Del. Bankr. L.R. 2002-1(d) and Sections 102(i), 342 and 1109(b) of the Bankruptcy Code, the undersigned hereby enters their appearance as [proposed] counsel for the Official Committee of Unsecured Creditors (the "Committee"), and requests that the Committee be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Lawrence C. Gottlieb, Esquire<br>Jay R. Indyke, Esquire<br>Seth Van Aalten, Esquire<br>COOLEY GODWARD KRONISH LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Telephone: (212) 479-6000<br>Facsimile: (212) 479-6275<br>E-mail: lgottlieb@cooley.com<br>    jindyke@cooley.com<br>    svanaalten@cooley.com | Tobey M. Daluz, Esquire<br>Leslie C. Heilman, Esquire<br>Joshua Zugerman, Esquire<br>BALLARD SPAHR ANDREWS<br>& INGERSOLL, LLP<br>919 N. Market, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: daluzt@ballardspahr.com<br>    heilmanl@ballardspahr.com<br>    zugermanj@ballardspahr.com |

---

[1] G.I. Joe's Holding Corporation (Federal Tax I.D. #20-8330022) and G.I. Joe's, Inc. Federal Tax I.D. #93-0500948) have requested joint administration of their chapter 11 cases.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 17, 2009
Wilmington, Delaware

/s/ Leslie C. Heilman
Tobey M. Daluz, Esquire (No. 3939)
Leslie C. Heilman, Esquire (No. 4716)
Joshua Zugerman, Esquire (No. 5261)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
       heilmanl@ballardspahr.com
       zugermanj@ballardspahr.com

-and-

Lawrence C. Gottlieb, Esquire
Jay R. Indyke, Esquire
Seth Van Aalten, Esquire
COOLEY GODWARD KRONISH LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
E-mail: lgottlieb@cooley.com
        jindyke@cooley.com
        svanaalten@cooley.com

[proposed] Counsel for the Official Committee of Unsecured Creditors