# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>G.I. JOE'S HOLDING CORPORATION and G.I. JOE'S, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10713 (KG)<br><br>Jointly Administered |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR G.I. JOE'S, INC. SCHEDULES AND STATEMENTS[1]

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statements") filed by G.I. Joe's, Inc. (the "Debtor"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), were prepared pursuant to section 521 of Title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtor's management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can no assurance that these Schedules and Statements are complete or accurate. These Global Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.

    1.    <u>Case</u>. On March 4, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 the Bankruptcy Code. Unless otherwise indicated, the information provided in the Schedules and Statements is as of the close of business on the Petition Date.

    2.    <u>Amendments</u>. The Debtor reserves its right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute to or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or

---

[1] These Global Notes are followed by the Schedules of Assets and Liabilities or Statement of Financial Affairs.

"disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

3. _Estimates and Assumptions_. The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4. _Unknown Amounts_. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtor's liabilities.

5. _Prepetition v. Post-Petition_. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on information from research that was conducted with the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.

6. _GAAP_. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7. _Asset Values_. It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtor's property interests. Accordingly, to the extent any asset value is listed in the Schedules and Statements, and unless otherwise noted therein, the Debtor's property interests are reflected at net book values rather than current market values (or any other value). As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value. Unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.

8. _Challenge of Liens_. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves the right to dispute or to challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all of its rights to dispute or to challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a

complete description of the collateral and the nature, extent and priority of any liens granted to any creditor. Nothing in the Global Notes or the Schedules and Statements shall be deemed to be a modification or interpretation of the terms of such agreements.

9.     <u>Setoff or Recoupment Rights</u>. The Debtor has not included on <u>Schedule D</u> parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Such counterparties have been listed on <u>Schedule F</u>.

10.     <u>First-Day Orders</u>. Pursuant to various orders issued by the Bankruptcy Court, the Debtor was authorized to pay certain outstanding prepetition claims, including, without limitation, the following: (a) claims relating to employee compensation, benefits, reimbursable business expenses, and related administrative costs; (b) sales and use taxes; and (c) claims related to certain customer programs. To the extent claims have been paid, such claims have not been listed on the Schedules and Statements. To the extent such a claim is listed on the Schedules and Statements, inadvertently or otherwise, the Debtor does not waive any right to amend the Schedules and Statements or subsequently object to such claim.

11.     <u>Ordinary Course of Business</u>. In the ordinary course of its business, the Debtor applies credits against amounts otherwise due to vendors. These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and other cash discounts. Certain of these credits are subject to change. Vendor claims are listed at the amounts entered on the Debtor's books and records, which may reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to such credits and allowances.

12.     <u>Executory Contracts and Unexpired Leases</u>. For purposes of the Schedules and Statements, the Debtor has only scheduled claims and executory contracts for which the Debtor may be contractually and/or directly liable. While every reasonable effort has been made to ensure the accuracy of <u>Schedule G</u> regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights with respect to such documents, including, but not limited to, its rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on <u>Schedule G</u> that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on <u>Schedule G</u>. Certain of the leases and contracts listed on <u>Schedule G</u> may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on <u>Schedule G</u>. Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way agreements, subordination agreements, non-disturbance and attornment agreements, supplemental

agreements, amendment/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. In addition, in the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Although such contracts may not be included on Schedule G, the Debtor reserves the right to assert that such agreements constitute executory contracts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases. Any and all of the Debtor's rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are hereby reserved and preserved.

13.     Causes of Action. The Debtor reserves all of its causes of action. Neither these Global Notes nor the Schedules and Statements shall be deemed to be a waiver of any claim or cause of action. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights with respect to its chapter 11 case, equitable subordination, and/or any causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or other relevant bankruptcy or nonbankruptcy laws, including, without limitation, laws that allow the Debtor or any other party to recover assets or avoid transfers.

14.     Insiders. In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtor's (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control). The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

15.     Summary of Significant Reporting Policies and Practices. The following conventions were adopted by the Debtor in preparation of the Schedules and Statements:

      a.  Fair Market Value; Book Value. Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtor's books and records. Where the current market value of assets is unknown, the Debtor has based its valuation on book values; however, particularly with respect to machinery and equipment, the Debtor believes the actual value

may be substantially lower. Where known, accumulated depreciation of assets has been noted.

b. <u>Inventories.</u> Inventories are valued in the Schedules and Statements at the values indicated on the Debtor's books and records.

c. <u>Leased Real and Personal Property.</u> In the ordinary course of its business, the Debtor leases real property and various articles of personal property, including, without limitation, its corporate offices, distribution center and stores, and certain fixtures and equipment, from certain third-party lessors. The Debtor believes that all such leases are set forth in the Schedules and Statements. The property subject to leases is not reflected in the Schedules and Statements as either owned property or an asset of the Debtor or property or an asset of third-parties within the control of the Debtor. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether the Debtor may or will assume, assume and assign or reject such lease or whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to all such issues.

d. <u>Claims.</u> Certain of the Schedules and Statements list creditors of the Debtor as of the Petition Date. The Bankruptcy Court has authorized the Debtor to, among other things, continue certain prepetition practices regarding some of those claims. Under this authority, the Debtor may have paid a number of prepetition claims, including, without limitation, certain prepetition sales, use, and other tax-related claims. The Debtor believes that some prepetition taxes have been paid and actual unpaid claims of creditors that ultimately may be allowed in this case may differ from the amounts set forth in the Schedules and Statements.

e. <u>Employee Claims.</u> The Bankruptcy Court entered an order authorizing the Debtor to pay certain prepetition and post-petition wages, salaries, benefits and other obligations. The Debtor employed approximately 1600 employees as of the Petition Date. Accordingly, only employee claims against the Debtor for prepetition amounts that have not been paid as of the time that the Schedules and Statements were prepared, if any, and employee claims for items not authorized to be paid by order of the Bankruptcy Court, if any, have been included in the Schedules and Statements. Moreover, priority claims of such individuals may not take into account payment rendered to such individuals on account

of prepetition amounts due made in accordance with any order of the Bankruptcy Court.

f. Disputed, Contingent and/or Unliquidated Claims. Schedules D, E, and F permit the Debtor to designate a claim as disputed, contingent, and/or unliquidated. A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

Neither the Debtor, its agents, nor its attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and none of these parties are or may be liable for any loss or injury arising out of or caused in whole or in part by any acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained therein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or recategorized, other than as required by the Bankruptcy Code or other applicable law. In no event shall the Debtor or its agents, attorneys or advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys and advisors are advised of the possibility of such damages.

1113/32147-004 Current/14347946v1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re **G.I. Joe's, Inc.**
_____,

Debtor

Case No. **09-10714-KG** _____

Chapter **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 20 | $121,014,643.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | N/A |
| D - Creditors Holding Secured Claims | Yes | 6 | | $82,395,460.32 PLUS UNKNOWN | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 109 | | $3,165,792.41 PLUS UNKNOWN | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 166 | | $35,786,263.09 PLUS UNKNOWN | |
| G - Executory Contracts and Unexpired Leases | Yes | 17 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets In ALL Schedules | | 321 | | | |
| Total Assets | | | $121,014,643.00 | | |
| Total Liabilities | | | | $121,347,515.82 PLUS UNKNOWN | |

In re___**G.I. Joe's, Inc.**_____  Case No. ___**09-10714-KG**_____
                   Debtor                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint or Community.' If the debtor holds no interest in real property, write 'None' under 'Description and Location of Property.'

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write 'None' in the column labeled 'Amount of Secured Claim.'

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | None | N/A |

Sheet no. 1 of 1  sheets attached to Schedule of
            Real Property

(Use only on the last page of the completed Schedule A)

_____
(Report total also on Summary of Schedules)

In re ___**G.I. Joe's, Inc.**_____  Case No. _____**09-10714-KG**_____

Debtor                                           (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01  CASH ON HAND. | ☐ | CASH ON HAND IN STORES | | $210,312.00 |
| | | | | |
| 02  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | ☐ | SEE ATTACHED RIDER B.2 | | $137,248.57 |
| | | | | |
| 03  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | ☑ | | | |
| | | | | |
| 04  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | ☑ | | | |
| | | | | |

Sheet no. 1 of  6  sheets attached to Schedule of
Personal  Property

In re **G.I. Joe's, Inc.**
_____
Debtor

Case No. ___**09-10714-KG**___
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05 BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | ☑ | | | |
| | | | | |
| 06 WEARING APPAREL. | ☑ | | | |
| | | | | |
| 07 FURS AND JEWELRY. | ☑ | | | |
| | | | | |
| 08 FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | ☑ | | | |
| | | | | |
| 09 INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | ☑ | | | |
| | | | | |
| 10 ANNUITIES. ITEMIZE AND NAME EACH INSURER. | ☑ | | | |
| | | | | |
| 11 INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | ☑ | | | |
| | | | | |

Sheet no. 2 of  6  sheets attached to Schedule of
Personal  Property

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | ☑ | | | |
| 13  STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | ☑ | | | |
| 14  INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | ☑ | | | |
| 15  GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | ☑ | | | |
| 16  ACCOUNTS RECEIVABLE. | ☐ | SEE ATTACHED RIDER B.16 | | $483,174.01 |
| 17  ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | ☑ | | | |
| 18  OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDE TAX REFUNDS. GIVE PARTICULARS. | ☐ | APPEAL PENDING WITH IRS REGARDING CHARACTERISTIC OF PAYMENT TO NOGALES INVESTORS LLP; APPEAL PENDING WITH IRS REGARDING CHARACTERISTIC OF PAYMENT TO HOULIHAN LOKEY; JANUARY 31, 2009 TAX RETURN REFUND DUE UPON FILING | | Unknown |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY / CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 19 EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | ☑ | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | ☑ | | |
| 21 OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | ☑ | | |
| 22 PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | ☐ | SEE ATTACHED RIDER B.22 | |
| 23 LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | ☐ | SEE ATTACHED RIDER B.23 | |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 24 CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | ☐ | UNKNOWN | Unknown |
| 25 AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | ☐ | SEE ATTACHED RIDER B.25 | |
| 26 BOATS, MOTORS, AND ACCESSORIES. | ☑ | | |
| 27 AIRCRAFT AND ACCESSORIES. | ☑ | | |
| 28 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | ☐ | DESCRIPTION OF AND LOCATION OF PROPERTY IS CONTAINED IN THE ATTACHED RIDER B.28 | $43,723,830.42 |
| 29 MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | ☐ | DESCRIPTION OF AND LOCATION OF PROPERTY IS CONTAINED IN THE ATTACHED RIDER B.28. | Included in the above amount |
| 30 INVENTORY. | ☐ | INVENTORY VALUE AT COST: MERCHANDISE HELD FOR SALE IN THE RETAIL STORES $63,967,736.00. MERCHANDISE HELD IN THE DISTRIBUTION CENTER $12,492,342.00 | $76,460,078.00 |

In re **G.I. Joe's, Inc.** _____  Case No. **09-10714-KG** _____

Debtor  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31 ANIMALS. | ☑ | | | |
| | | | | |
| 32 CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 33 FARMING EQUIPMENT AND IMPLEMENTS. | ☑ | | | |
| | | | | |
| 34 FARM SUPPLIES, CHEMICALS, AND FEED. | ☑ | | | |
| | | | | |
| 35 OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | ☑ | | | |
| | | | | |

Sheet no. 6 of  6  sheets attached to Schedule of

Personal  Property

(Use only on the last page of the completed Schedule B)

| $121,014,643.00 |
| PLUS UNKNOWN |

(Report total also on Summary of Schedules)

## Schedule B - Personal Property
## Rider B.2 - Checking, Savings, or Other Financial Accounts

| Bank Account Name | Account Number | Address | Beginning Balance 3/5/2009 |
|---|---|---|---|
| US Bank - Deposit | 153607072474 | 111 SW Fifth Ave., Suite 400 Portland, OR 97204 | $113,950.70 |
| US Bank - Controlled Disbursements | 152100011948 | 111 SW Fifth Ave., Suite 400 Portland, OR 97204 | $0.00 |
| US Bank - Payroll | 153607595060 | 111 SW Fifth Ave., Suite 400 Portland, OR 97204 | $0.00 |
| US Bank - Employee Benefits | 153690437840 | 111 SW Fifth Ave., Suite 400 Portland, OR 97204 | $23,297.87 |
|  |  |  |  |
|  |  | TOTAL | $137,248.57 |

In re: G.I. Joe's, Inc.                    Case No. 09-10714(KG)

## Schedule B - Personal Property
## Rider B.16 - Accounts Receivable

**Accounts Receivable prior to 3/5/2009**

| Customer Name | Amount |
|---|---|
| Autumn Chase Apartments | $2.00 |
| Oregon Dept of Forestry | $13.98 |
| Preferred Worker Program | $19.99 |
| Tacoma, City of | $32.57 |
| Worksource/Vancouver | $54.10 |
| Washington St Voc Rehab | $63.81 |
| Hanford | $129.95 |
| Pierce County Sheriff | $130.56 |
| Tomahawk Island Marine | $177.92 |
| Oregonian Publishing | $199.98 |
| King County Road Dept | $435.98 |
| Judith South | $675.62 |
| Comcast Cable Communication | $1,167.83 |
| Mountain View High School | $1,259.89 |
| Joe's GE Capital | $6,849.92 |
| Novus - Discover | $25,859.06 |
| AMEX | $128,886.14 |
| FNB Credit Card | $317,214.71 |
| | |
| Total Due 3/5/09 | $483,174.01 |

### Schedule B - Personal Property
### Rider B.22 - Patents, Copyrights and Other Intellectual Property

| Trademark | Serial Number | Registration Number | Registration Date | Next Renewal Due |
|---|---|---|---|---|
| G.I. Joe's (Text) | 73153358 | 1126617 | 11/6/1979 | 11/5/2009 |
| G.I. Joe's the Sports & Auto Store (Logo) | 78389777 | 2962544 | 6/14/2005 | 6/13/2011 |
| Seize the Weekend (Text) | 78359356 | 2962357 | 6/14/2005 | 6/13/2011 |
| Seize the Weekend (Oval) | 78359388 | 2962358 | 6/14/2005 | 6/13/2011 |
| Joe's Sports Gear (Logo) | 78358960 | 2962354 | 6/14/2005 | 6/13/2011 |
| Joe's Outdoors (logo) | 78359055 | 2962356 | 6/14/2005 | 6/13/2011 |
| North x Northwest (logo) | 78480926 | 3017741 | 11/22/2005 | 11/21/2011 |
| NTG | 7897129 | 3134435 | 8/22/2006 | 8/21/2009 |
| Joe's On Deck Series (logo) | 78359021 | 2962355 | 6/14/2005 | 6/13/2011 |
| Joe's Sports Outdoor & More  (logo) | 77071791 | 3445920 | 6/10/2008 | 6/9/2014 |
| Joe's Sports Outdoor & More  (text) | 77129314 | 3446102 | 6/10/2008 | 6/9/2014 |
| Joe's Sports, Outdoor & More (Blue) | 77252213 | 3487466 | 8/19/2008 | 8/18/2014 |
| Joe's Sports & Outdoor (Text) | 77252187 | | | |
| Joe's Sports & Outdoor (logo no color) | 77252168 | | | |
| Joe's Sports & Outdoor (Blue) | 77252145 | | | |

## Schedule B – Personal Property
## Rider B.23 – Licenses, Franchises and Other General Intangibles

| Description | Location | Number |
|---|---|---|
| Federal Firearms License | Portland, Oregon (loc 1) | 9-93-051-01-0K-00795 |
| Federal Firearms License | Kent, Washington (loc 2) | 9-91-033-01-8G-00671 |
| Federal Firearms License | Tualatin, Oregon (loc 3) | 9-93-067-01-6G-13634 |
| Federal Firearms License | Gresham, Oregon (loc 4) | 9-93-051-01-7G-05057 |
| Federal Firearms License | Milwaukie, Oregon (loc 5) | 9-93-005-01-0E-05745 |
| Federal Firearms License | Beaverton, Oregon (loc 6) | 9-93-067-01-0E-06582 |
| Federal Firearms License | Salem, Oregon (loc 7) | 9-93-047-01-0E-07408 |
| Federal Firearms License | Bend, Oregon (loc 9) | 9-93-017-01-0E-08988 |
| Federal Firearms License | Eugene, Oregon (loc 10) | 9-93-039-01-1D-11949 |
| Federal Firearms License | Medford, Oregon (loc 11) | 9-93-029-01-0B-13914 |
| Federal Firearms License | Vancouver, Washington (loc 12) | 9-91-011-01-0D-97499 |
| Federal Firearms License | Albany, Oregon (loc 13) | 9-93-043-01-0E-33057 |
| Federal Firearms License | Federal Way, Washington (loc 14) | 9-91-033-01-5K-34360 |
| Federal Firearms License | Puyallup, Washington (loc 15) | 9-91-053-01-6J-38751 |
| Federal Firearms License | Hillsboro, Oregon (loc 16) | 9-93-067-01-0H-37470 |
| Federal Firearms License | Lakewood, Washington (loc 17) | 9-91-053-01-1G-00672 |
| Federal Firearms License | Lynnwood, Washington (Loc 18) | 9-91-061-01-8A-38991 |
| Federal Firearms License | Issaquah, Washington (loc 19) | 9-91-033-01-1F-39088 |
| Federal Firearms License | Sherwood, Oregon (loc 20) | 9-93-067-01-0E-00258 |
| Federal Firearms License | Seattle, Washington (loc 21) | 9-91-033-01-6D-00920 |
| Federal Firearms License | Lake Stevens, Washington (loc 22) | 9-91-061-01-0D-01256 |
| Federal Firearms License | Portland, Oregon (loc 23) | 9-93-051-01-6A-08807 |
| Federal Firearms License | Mount Vernon, Washington (loc 24) | 9-91-057-01-1E-01577 |
| Federal Firearms License | Kennewick, Washington (loc 25) | 9-91-005-01-9E-01934 |
| Federal Firearms License | Bellingham, Washington (loc 26) | 9-91-073-01-9K-02067 |
| Federal Firearms License | Meridian, Idaho (loc 28) | 9-82-001-01-0E-01037 |
| Federal Firearms License | Kirkland, Washington (loc 29) | 9-91-033-01-0D-02240 |
| Federal Firearms License | Spokane, Washington (loc 30) | 9-91-063-01-0H-02420 |
| Federal Firearms License | Nampa, Idaho (loc 31) | 9-82-027-01-1E-01225 |
| Federal Firearms License | Renton, Washington (loc 32) | 9-91-033-01-0D-02252 |
| Federal Firearms License | Wilsonville, Oregon (loc 91) | 9-93-005-01-1C-12708 |
| | | |
| Washington Firearms License | Kent, Washington (loc 2) | |
| Washington Firearms License | Vancouver, Washington (loc 12) | |

**Schedule B – Personal Property**
**Rider B.23 – Licenses, Franchises and Other General Intangibles**

| | | |
|---|---|---|
| Washington Firearms License | Federal Way, Washington (loc 14) | |
| Washington Firearms License | Puyallup, Washington (loc 15) | |
| Washington Firearms License | Lakewood, Washington (loc 17) | |
| Washington Firearms License | Lynnwood, Washington (Loc 18) | |
| Washington Firearms License | Issaquah, Washington (loc 19) | |
| Washington Firearms License | Seattle, Washington (loc 21) | |
| Washington Firearms License | Lake Stevens, Washington (loc 22) | |
| Washington Firearms License | Mount Vernon, Washington (loc 24) | |
| Washington Firearms License | Kennewick, Washington (loc 25) | |
| Washington Firearms License | Bellingham, Washington (loc 26) | |
| Washington Firearms License | Kirkland, Washington (loc 29) | |
| Washington Firearms License | Spokane, Washington (loc 31) | |
| | | |
| City of Portland Business License | Portland, Oregon (loc 1) | 121307 |
| City of Tualatin Business License | Tualatin, Oregon (loc 3) | 05-00551 |
| City of Gresham Business License | Gresham, Oregon (loc 4) | 6225 |
| City of Beaverton Business License | Beaverton, Oregon (loc 6) | 982 |
| City of Medford Business License | Medford, Oregon (loc 11) | 05-14161 |
| City of Vancouver Business License | Vancouver, Washington (loc 12) | 9307 |
| City of Federal Way Business License | Federal Way, Washington (loc 14) | 19-91-102024-00-BL |
| City of Puyallup Business License | Puyallup, Washington (loc 15) | 970076 |

## Schedule B – Personal Property
### Rider B.23 – Licenses, Franchises and Other General Intangibles

| | | |
|---|---|---|
| City of Hillsboro Business License | Hillsboro, Oregon (loc 16) | 3947 |
| City of Lakewood Business License | Lakewood, Washington (loc 17) | BL02-03429 |
| City of Lynnwood Business License | Lynnwood, Washington (Loc 18) | 2381 |
| City of Issaquah Business License | Issaquah, Washington (loc 19) | BUS03-00932 |
| City of Sherwood Business License | Sherwood, Oregon (loc 20) | 860 |
| City of Seattle Business License | Seattle, Washington (loc 21) | 560102 |
| City of Mt. Vernon Business License | Mount Vernon, Washington (loc 24) | 6579 |
| City of Kennewick Business License | Kennewick, Washington (loc 25) | 104093 |
| City of Bellingham Business License | Bellingham, Washington (loc 26) | 034154+ |
| City of Renton Business License | Renton, Washington (loc 32) | BL030887 |
| City of Wilsonville Business License | Wilsonville, Oregon (loc 91) | 1323 |
| Washington State Master Business License | Kent, Washington (loc 2) | 600 241 069 001 0007 |
| Washington State Master Business License | Vancouver, Washington (loc 12) | 600 249 069 001 0001 |
| Washington State Master Business License | Federal Way, Washington (loc 14) | 600 241 069 001 0002 |
| Washington State Master Business License | Puyallup, Washington (loc 15) | 600 241 069 001 0003 |
| Washington State Master Business License | Lakewood, Washington (loc 17) | 600 249 069 001 0006 |
| Washington State Master Business License | Lynnwood, Washington (Loc 18) | 600 241 069 001 0004 |
| Washington State Master Business License | Issaquah, Washington (loc 19) | 600 241 069 001 0005 |
| Washington State Master Business License | Seattle, Washington (loc 21) | 600 249 069 001 0008 |
| Washington State Master Business License | Lake Stevens, Washington (loc 22) | 600 241 069 001 0009 |
| Washington State Master Business License | Mount Vernon, Washington (loc 24) | 600 241 069 001 0010 |

**Schedule B – Personal Property**
**Rider B.23 – Licenses, Franchises and Other General Intangibles**

| | | |
|---|---|---|
| Washington State Master Business License | Kennewick, Washington (loc 25) | 600 241 069 001 011 |
| Washington State Master Business License | Bellingham, Washington (loc 26) | 600 241 069 001 012 |
| Washington State Master Business License | Kirkland, Washington (loc 29) | 600 241 069 001 014 |
| Washington State Master Business License | Spokane, Washington (loc 30) | 600 241 069 001 015 |
| Washington State Master Business License | Renton, Washington (loc 32) | 600 241 069 001 013 |
| | | |
| Oregon Retail Food License | Portland, Oregon (loc 1) | 008760 116829 |
| Oregon Retail Food License | Tualatin, Oregon (loc 3) | 008760 116831 |
| Oregon Retail Food License | Gresham, Oregon (loc 4) | 008760 116832 |
| Oregon Retail Food License | Milwaukie, Oregon (loc 5) | 008760 116830 |
| Oregon Retail Food License | Beaverton, Oregon (loc 6) | 008760 116835 |
| Oregon Retail Food License | Salem, Oregon (loc 7) | 008760 116834 |
| Oregon Retail Food License | Bend, Oregon (loc 9) | 008760 116825 |
| Oregon Retail Food License | Eugene, Oregon (loc 10) | 008760 116828 |
| Oregon Retail Food License | Medford, Oregon (loc 11) | 008790 116833 |
| Oregon Retail Food License | Albany, Oregon (loc 13) | 008760 116827 |
| Oregon Retail Food License | Hillsboro, Oregon (loc 16) | 008760 145387 |
| Oregon Retail Food License | Sherwood, Oregon (loc 20) | 008760 158645 |
| Oregon Retail Food License | Portland, Oregon (loc 23) | 008760 116836 |
| Oregon Food Warehouse License | Wilsonville, Oregon (loc 91) | 008760 116826 |
| | | |
| Oregon Pharmacy License | Portland, Oregon (loc 1) | NPA 0000218 |
| Oregon Pharmacy License | Tualatin, Oregon (loc 3) | NPA 0006396 |
| Oregon Pharmacy License | Gresham, Oregon (loc 4) | NPA 0004966 |
| Oregon Pharmacy License | Milwaukie, Oregon (loc 5) | NPA 0004967 |
| Oregon Pharmacy License | Beaverton, Oregon (loc 6) | NPA 0004968 |
| Oregon Pharmacy License | Salem, Oregon (loc 7) | NPA 0005080 |
| Oregon Pharmacy License | Bend, Oregon (loc 9) | NPA 0005457 |
| Oregon Pharmacy License | Eugene, Oregon (loc 10) | NPA 0006021 |
| Oregon Pharmacy License | Medford, Oregon (loc 11) | NPA 0006449 |
| Oregon Pharmacy License | Albany, Oregon (loc 13) | NPA 0006833 |
| Oregon Pharmacy License | Hillsboro, Oregon (loc 16) | NPA 0008320 |
| Oregon Pharmacy License | Sherwood, Oregon (loc 20) | NPA 0008631 |
| Oregon Pharmacy License | Portland, Oregon (loc 23) | NPA 0005393 |
| Idaho Pharmacy License | Meridian, Idaho (loc 28) | B4002 |

**Schedule B – Personal Property**
**Rider B.23 – Licenses, Franchises and Other General Intangibles**

| | | |
|---|---|---|
| Idaho Pharmacy License | Nampa, Idaho (loc 31) | B4079 |
| | | |
| Oregon Hazardous Fees Permit | Portland, Oregon (loc 1) | 20549 |
| Oregon Hazardous Fees Permit | Tualatin, Oregon (loc 3) | 20546 |
| Oregon Hazardous Fees Permit | Gresham, Oregon (loc 4) | 21072 |
| Oregon Hazardous Fees Permit | Milwaukie, Oregon (loc 5) | 21073 |
| Oregon Hazardous Fees Permit | Beaverton, Oregon (loc 6) | 21074 |
| Oregon Hazardous Fees Permit | Salem, Oregon (loc 7) | 18517 |
| Oregon Hazardous Fees Permit | Eugene, Oregon (loc 10) | 20543 |
| Oregon Hazardous Fees Permit | Medford, Oregon (loc 11) | 20544 |
| Oregon Hazardous Fees Permit | Albany, Oregon (loc 13) | 20545 |
| Oregon Hazardous Fees Permit | Hillsboro, Oregon (loc 16) | 72542 |
| Oregon Hazardous Fees Permit | Wilsonville, Oregon (loc 91) | 20540 |
| | | |
| Oregon DMV ATV Permit | Wilsonville, Oregon (loc 91) | DM0334 |
| Oregon Vehicle Dealer Certificate | Wilsonville, Oregon (loc 91) | DM0334 |
| Washington Profit Corporation Permit | Wilsonville, Oregon (loc 91) | 600241069 |
| Federal Fish and Wildlife permit | Wilsonville, Oregon (loc 91) | LE098088-0 |
| Alarm Permit – Multnomah County Sheriff | Portland, Oregon (loc 1) | 248 |
| Fire Permit | Kent, Washington (loc 2) | FUFC-2020190 |
| Alarm permit – Multnomah County Sheriff | Gresham, Oregon (loc 4) | 90675 |
| Alarm permit – Clackamas County Sheriff | Milwaukie, Oregon (loc 5) | 642 |
| Alarm permit – Beaverton Police | Beaverton, Oregon (loc 6) | 415 |

**Schedule B – Personal Property**
**Rider B.23 – Licenses, Franchises and Other General Intangibles**

| | | |
|---|---|---|
| Alarm permit – City of Vancouver | Vancouver, Washington (loc 12) | 4057 |
| Alarm Permit – Washington County Sheriff | Hillsboro, Oregon (loc 16) | 1135H |
| Alarm Permit – Lakewood Police | Lakewood, Washington (loc 17) | 60004 |
| Alarm permit – Clackamas County Sheriff | Portland, Oregon (loc 23) | 11370 |
| Alarm permit | Kennewick, Washington (loc 25) | 999974 |
| Alarm Permit | Kirkland, Washington (loc 29) | 1918 |
| Idaho Motor Vehicle | Meridian, Idaho (loc 28) | 3052-0 |
| Idaho Motor Vehicle | Nampa, Idaho (loc 31) | 3052-1 |

**Schedule B - Personal Property**
**Rider B.25 - Automobiles, Trucks, Trailers and Other Vehicles**

| Type of Property | Description |
|---|---|
| Trailer | Fruehauf 1984 - 1H2V02812EC014226 |
| Semi-trailer | Fruehauf 1984 - 1H4V02811EJ023057 |
| Truck | Ford Econoline 1999 - 1FTRE144XXHB91760 |
| Truck | Ford Econoline 1999 - 1FTRE14W2XHB91705 |
| Dolly | 1984 - TUYDD1003EC105103 |
| Van | Ford 2002 - 1FTRE14202HA06556 |
| Automobile | 2005 Chevy Tahoe 1GNEK13T05J241092 |
| Automobile | 2006 Chevy Tahoe 1GNEK13T66J160213 |
| Automobile | 2006 Chevy Tahoe 1GNEK13T86R100094 |
| Truck | 2005 International 1HTMNAAM95H118375 |

## G.I. Joe's, Inc.
### Depreciation Expense Report
### As of January 31, 2009

**Book = Internal**

**FYE Month = January**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Sect/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Class = R | 671,507.53 | | | | 0.00 | 671,507.53 | | 180,301.12 | 56,937.04 | 193,244.34 | 323,545.46 | |
| | | Less disposals and | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | transfers | | | | | | | | | | | | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 671,507.53 | | | | 0.00 | 671,507.53 | | 180,301.12 | 56,937.04 | 193,244.34 | 323,545.46 | |
| | | Count = 397 | | | | | | | | | | | | |

**Class = S**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Sect/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000115 | | INTERIOR | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | R | SLMM | 40 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000117 | | ELECTRICAL | | | | | | | | | | | | |
| | 000 | 02/01/07 | 260.00 | P | SLMM | 09 00 | 0.00 | 260.00 | 10/31/08 | 65.67 | 21.67 | 65.67 | 173.34 | |
| 000118 | | CONTRACTOR FEES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 140.00 | P | SLMM | 05 00 | 0.00 | 140.00 | 10/31/08 | 28.00 | 7.00 | 28.00 | 56.00 | |
| 000119 | | GARDEN CENTER | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | R | SLHY | 15 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000121 | | #6 CONTRACT FEES / ELECT. | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | R | SLHY | 14 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000122 | | CAPITALIZED INTEREST | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | R | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000125 | | INTERIOR COSTS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | R | SLHY | 10 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000128 | | BUILDING | | | | | | | | | | | | |
| | 000 | 02/01/07 | 5,300.00 | R | SLMM | 14 00 | 0.00 | 5,300.00 | 10/31/08 | 378.57 | 94.65 | 378.57 | 757.14 | |
| 000129 | | ELECTRICAL | | | | | | | | | | | | |
| | 000 | 02/01/07 | 240.00 | R | SLMM | 05 00 | 0.00 | 240.00 | 10/31/08 | 48.00 | 12.00 | 48.00 | 96.00 | |
| 000130 | | LIGHTING | | | | | | | | | | | | |
| | 000 | 02/01/07 | 770.00 | R | SLMM | 05 00 | 0.00 | 770.00 | 10/31/08 | 154.00 | 38.50 | 154.00 | 308.00 | |
| 000131 | | FENCE | | | | | | | | | | | | |
| | 000 | 02/01/07 | 40.00 | R | SLMM | 03 00 | 0.00 | 40.00 | 10/31/08 | 13.33 | 3.34 | 13.33 | 26.66 | |
| 000132 | | PAD RELOCATION | | | | | | | | | | | | |
| | 000 | 02/01/07 | 4,200.00 | R | SLMM | 04 00 | 0.00 | 4,200.00 | 10/31/08 | 1,050.00 | 262.50 | 1,050.00 | 2,100.00 | |
| 000133 | | FRAMES/BEAMS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 510.00 | R | SLMM | 05 00 | 0.00 | 510.00 | 10/31/08 | 102.00 | 25.50 | 102.00 | 204.00 | |
| 000134 | | GRAPHICS/GLASS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 160.00 | R | SLMM | 05 00 | 0.00 | 160.00 | 10/31/08 | 32.00 | 8.00 | 32.00 | 64.00 | |
| 000135 | | SIGN ENHANCEMENTS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 150.00 | R | SLMM | 05 00 | 0.00 | 150.00 | 10/31/08 | 30.00 | 7.50 | 30.00 | 60.00 | |
| 000965 | | INTERIOR | | | | | | | | | | | | |
| | 000 | 02/01/07 | 380.00 | R | SLMM | 05 00 | 0.00 | 380.00 | 10/31/08 | 76.00 | 19.00 | 76.00 | 152.00 | |
| 001068 | | WINDOWS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001069 | | WINDOWS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001104 | | TIREX ENTRY | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 001108 | | LOADING DOCK | | | | | | | | | | | | |
| | 000 | 02/01/07 | 380.00 | P | SLMM | 03 00 | 0.00 | 380.00 | 10/31/08 | 126.67 | 31.67 | 126.67 | 253.34 | |
| 001121 | | SPRINKLERS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 40.00 | P | SLMM | 05 00 | 0.00 | 40.00 | 10/31/08 | 8.00 | 2.00 | 8.00 | 16.00 | |
| 001134 | | REMODEL | | | | | | | | | | | | |
| | 000 | 02/01/07 | 470.00 | P | SLMM | 02 00 | 0.00 | 470.00 | 10/31/08 | 235.00 | 58.75 | 235.00 | 470.00 | |
| 001160 | | ALARM SYSTEM | | | | | | | | | | | | |

## G.I. Joe's, Inc.
### Depreciation Expense Report
### As of January 31, 2009

Book = Internal

FYE Month = January

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = T** | | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 64,000.00 | R | SLMM | 07 05 | 0.00 | 64,000.00 | 10/31/08 | 8,533.33 | 2,133.34 | 8,533.33 | 17,066.66 | |
| 002872 | | #22 TENANT IMPROVEMENT ALLOWANCES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 1,000,000.00 | R | SLMM | 11 03 | 0.00 | 1,000,000.00 | 10/31/08 | 88,888.89 | 22,222.23 | 88,888.89 | 177,777.78 | |
| 002873 | | #05 TENANT IMPROVEMENT ALLOWANCE | | | | | | | | | | | | |
| | 000 | 02/01/07 | 100,000.00 | R | SLMM | 02 02 | 0.00 | 100,000.00 | 10/31/08 | 46,153.85 | 11,538.47 | 46,153.85 | 92,307.70 | |
| 002915 | | 23 LEASEHOLD IMPROVEMENTS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 2,000,000.00 | R | SLMM | 13 03 | 0.00 | 2,000,000.00 | 10/31/08 | 150,943.40 | 37,735.85 | 150,943.40 | 301,886.80 | |
| 002920 | | #24 LEASEHOLD IMPROVEMENTS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 1,600,000.00 | R | SLMM | 13 04 | 0.00 | 1,600,000.00 | 10/31/08 | 120,000.00 | 30,000.00 | 120,000.00 | 240,000.00 | |
| 003174 | | Robertson & Olson Contruction Costs | | | | | | | | | | | | |
| | 000 | 02/01/07 | 370,000.00 | R | SLMM | 08 05 | 0.00 | 370,000.00 | 10/31/08 | 43,529.41 | 10,882.36 | 43,529.41 | 67,058.82 | |
| 003178 | | Robertson & Olson Construction Costs | | | | | | | | | | | | |
| | 000 | 02/01/07 | 1,200,000.00 | R | SLMM | 14 02 | 0.00 | 1,200,000.00 | 10/31/08 | 84,705.88 | 21,176.47 | 84,705.88 | 159,411.76 | |
| 003253 | | Robertson & Olson Construction Costs | | | | | | | | | | | | |
| | 000 | 02/01/07 | 230,000.00 | R | SLMM | 14 02 | 0.00 | 230,000.00 | 10/31/08 | 16,235.30 | 4,058.83 | 16,235.30 | 32,470.60 | |
| 003289 | | Roberts & Olson Leasehold Improvements | | | | | | | | | | | | |
| | 000 | 02/01/07 | 1,700,000.00 | R | SLMM | 14 08 | 0.00 | 1,700,000.00 | 10/31/08 | 115,909.09 | 28,977.28 | 115,909.09 | 231,818.18 | |
| 003573 | | Leasehold Improvements | | | | | | | | | | | | |
| | 000 | 04/01/07 | 1,824,432.00 | R | SLHY | 15 00 | 0.00 | 1,824,432.00 | 10/31/08 | 60,814.40 | 30,407.20 | 121,628.80 | 182,443.20 | |
| 003574 | | Meridian Leasehold Improvements | | | | | | | | | | | | |
| | 000 | 05/01/07 | 3,311,537.30 | R | SLHY | 15 00 | 0.00 | 3,311,537.30 | 10/31/08 | 110,384.58 | 55,192.29 | 220,769.15 | 331,153.73 | |
| 003575 | | Leasehold Improvements | | | | | | | | | | | | |
| | 000 | 04/01/07 | 2,009,539.00 | R | SLHY | 15 00 | 0.00 | 2,009,539.00 | 10/31/08 | 66,984.63 | 33,492.32 | 133,969.27 | 200,953.90 | |
| 003639 | | Eugene Tenant Allowance | | | | | | | | | | | | |
| | 000 | 11/01/07 | 625,000.00 | P | SLHY | 13 02 | 0.00 | 625,000.00 | 10/31/08 | 23,734.18 | 11,867.09 | 47,468.35 | 71,202.54 | |
| 003732 | | Tenant Improvements | | | | | | | | | | | | |
| | 000 | 03/01/08 | 3,350,664.00 | R | SLHY | 15 00 | 0.00 | 3,350,664.00 | | 0.00 | 111,688.80 | 111,688.80 | 111,688.80 | |
| 003734 | | Tenant Improvements - 32 | | | | | | | | | | | | |
| | 000 | 03/01/08 | 4,669,995.00 | R | SLHY | 15 00 | 0.00 | 4,669,995.00 | | 0.00 | 155,666.53 | 155,666.53 | 155,666.53 | |
| | | **Class = T** | 27,055,168.90 | | | | 0.00 | 27,055,168.90 | | 1,260,052.93 | 647,848.07 | 1,789,326.05 | 3,049,378.98 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | | 0.00 |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 27,055,168.90 | | | | 0.00 | 27,055,168.90 | | 1,260,052.93 | 647,848.07 | 1,789,326.05 | 3,049,378.98 | |
| | | Count = 20 | | | | | | | | | | | | |
| | | **Grand Total** | 52,579,749.50 | | | | 0.00 | 52,579,749.50 | | 3,718,165.73 | 1,603,767.74 | 5,137,753.35 | 8,855,919.08 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | | 0.00 |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Grand Total | 52,579,749.50 | | | | 0.00 | 52,579,749.50 | | 3,718,165.73 | 1,603,767.74 | 5,137,753.35 | 8,855,919.08 | |
| | | Count = 2,155 | | | | | | | | | | | | |

## G.I. Joe's, Inc.
### Depreciation Expense Report
### As of January 31, 2009

Book = Internal

FYE Month = January

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|--------|-----|-------------|----------------|-----|-----------|----------|------------------------|-------------------|------------|--------------------------|----------------------|--------------------------|----------------------------|----------|
| **Class = A** | | | | | | | | | | | | | | |
| 002915 | #88 TAHOE | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 27,500.00 | T | SLMM | 05 00 | 0.00 | 27,500.00 | 10/31/08 | 5,500.00 | 1,375.00 | 5,500.00 | 11,000.00 | |
| 003137 | 2005 Chevrolet Truck 1GNEK13T86R100094 | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 29,500.00 | T | SLMM | 05 00 | 0.00 | 29,500.00 | 10/31/08 | 5,900.00 | 1,475.00 | 5,900.00 | 11,800.00 | |
| 003138 | 2005 Chevrolet Truck VIN 1GNEK13T76J150213 | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 29,500.00 | T | SLMM | 05 00 | 0.00 | 29,500.00 | 10/31/08 | 5,900.00 | 1,475.00 | 5,900.00 | 11,800.00 | |
| | Class = A | | 86,500.00 | | | | 0.00 | 86,500.00 | | 17,300.00 | 4,325.00 | 17,300.00 | 34,600.00 | |
| | Less disposals and transfers | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | | | | | |
| | Net Subtotal | | 86,500.00 | | | | 0.00 | 86,500.00 | | 17,300.00 | 4,325.00 | 17,300.00 | 34,600.00 | |
| | Count = 3 | | | | | | | | | | | | | |
| **Class = F** | | | | | | | | | | | | | | |
| 000258 | COMPACTOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000254 | ALARM SYSTEM | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000257 | FREEZER | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000259 | GENERATOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000400 | SAFE (SMALL) | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 10 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000429 | COMPACTOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000448 | CASH DRAWER | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000454 | BACKROOM FIXTURES | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000459 | COMPACTOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000462 | REFRIGERATOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000472 | OFFICE SAFE | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000517 | COMPACTOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 10 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000518 | SIGN | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000521 | REFRIGERATORS | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 03 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000546 | REFRIGERATOR-FREEZER | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 05 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000549 | RACKS | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000551 | TRASH COMPACTOR | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000564 | ENERGY SYSTEM | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 000569 | PHONE SYSTEM | | | | | | | | | | | | | |
| | 000 | 02/01/07 | 0.00 | P | SLHY | 07 00 | 0.00 | 0.00 | 10/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |

## G.I. Joe's, Inc.
### Depreciation Expense Report
### As of January 31, 2009

Book = Internal

FYE Month = January

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Sale/168 Allow Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = F** | | | | | | | | | | | | | | |
| 003719 | | Computer | | | | | | | | | | | | |
| | 000 | 04/01/08 | 1,394.00 | P | SL/HY | 05 00 | 0.00 | 1,394.00 | 10/31/08 | 0.00 | 41.82 | 139.40 | 139.40 | |
| 003720 | | Computer | | | | | | | | | | | | |
| | 000 | 05/01/08 | 1,407.00 | P | SL/HY | 05 00 | 0.00 | 1,407.00 | 10/31/08 | 0.00 | 46.90 | 140.70 | 140.70 | |
| 003729 | | Wintersteiger Grinder | | | | | | | | | | | | |
| | 000 | 10/01/08 | 34,010.10 | P | SL/HY | 07 00 | 0.00 | 34,010.10 | | 0.00 | 2,429.29 | 2,429.29 | 2,429.29 | |
| 003730 | | Computer Equipment | | | | | | | | | | | | |
| | 000 | 05/01/08 | 90,084.67 | P | SL/HY | 05 00 | 0.00 | 90,084.67 | | 0.00 | 9,008.47 | 9,008.47 | 9,008.47 | |
| 003731 | | Fixtures | | | | | | | | | | | | |
| | 000 | 05/01/08 | 790,861.71 | P | SL/HY | 10 00 | 0.00 | 790,861.71 | | 0.00 | 39,543.09 | 39,543.09 | 39,543.09 | |
| 003735 | | Computer Equipment | | | | | | | | | | | | |
| | 000 | 08/01/08 | 4,308.60 | P | SL/HY | 05 00 | 0.00 | 4,308.60 | | 0.00 | 430.86 | 430.86 | 430.86 | |
| 003737 | | Fixtures | | | | | | | | | | | | |
| | 000 | 08/01/08 | 328,545.19 | P | SL/HY | 07 00 | 0.00 | 328,545.19 | | 0.00 | 23,467.51 | 23,467.51 | 23,467.51 | |
| 003738 | | DC - Equipment | | | | | | | | | | | | |
| | 000 | 05/01/08 | 12,560.70 | P | SL/HY | 07 00 | 0.00 | 12,560.70 | | 0.00 | 897.19 | 897.19 | 897.19 | |
| 003739 | | DC - Equipment | | | | | | | | | | | | |
| | 000 | 04/01/08 | 16,985.00 | P | SL/HY | 07 00 | 0.00 | 16,985.00 | | 0.00 | 1,213.22 | 1,213.22 | 1,213.22 | |
| 003740 | | Computers | | | | | | | | | | | | |
| | 000 | 07/01/08 | 2,392.00 | P | SL/HY | 05 00 | 0.00 | 2,392.00 | | 0.00 | 239.20 | 239.20 | 239.20 | |
| 003742 | | Computers | | | | | | | | | | | | |
| | 000 | 12/01/08 | 1,868.00 | P | SL/HY | 05 00 | 0.00 | 1,868.00 | | 0.00 | 186.80 | 186.80 | 186.80 | |
| 003743 | | PCI Pin Pad Project | | | | | | | | | | | | |
| | 000 | 12/01/08 | 94,781.76 | P | SL/HY | 05 00 | 0.00 | 94,781.76 | | 0.00 | 9,478.16 | 9,478.16 | 9,478.16 | |
| 003744 | | Computers | | | | | | | | | | | | |
| | 000 | 12/01/08 | 8,083.72 | P | SL/HY | 05 00 | 0.00 | 8,083.72 | | 0.00 | 808.37 | 808.37 | 808.37 | |
| | | Class = F | 14,388,370.35 | | | | 0.00 | 14,388,370.35 | | 1,309,047.79 | 586,059.16 | 2,021,659.42 | 3,330,707.21 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 14,388,370.35 | | | | 0.00 | 14,388,370.35 | | 1,309,047.79 | 586,059.16 | 2,021,659.42 | 3,330,707.21 | |
| | | Count = 1814 | | | | | | | | | | | | |
| **Class = R** | | | | | | | | | | | | | | |
| 002204 | | #12 RENTAL SNOWSHOES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 25.00 | P | SL/MM | 03 00 | 0.00 | 25.00 | 10/31/08 | 8.33 | 2.09 | 8.33 | 16.66 | |
| 002294 | | #20 RENTAL SKIS AND BOOTS | | | | | | | | | | | | |
| | 000 | 02/01/07 | 100.00 | P | SL/MM | 03 00 | 0.00 | 100.00 | 10/31/08 | 33.33 | 8.34 | 33.33 | 66.66 | |
| 002295 | | #20 (120) RENTALS SNOWSHOES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 110.00 | P | SL/MM | 03 00 | 0.00 | 110.00 | 10/31/08 | 36.67 | 9.17 | 36.67 | 73.34 | |
| 002299 | | #20 RENTAL (22) SNOWSHOES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 20.00 | P | SL/MM | 03 00 | 0.00 | 20.00 | 10/31/08 | 6.67 | 1.67 | 6.67 | 13.34 | |
| 002300 | | #20 (47) SNOWBOARD SHOES | | | | | | | | | | | | |
| | 000 | 02/01/07 | 40.00 | P | SL/MM | 03 00 | 0.00 | 40.00 | 10/31/08 | 13.33 | 3.34 | 13.33 | 26.66 | |
| 002314 | | #20 (81) SKI BOOTS - RENTAL | | | | | | | | | | | | |
| | 000 | 02/01/07 | 50.00 | P | SL/MM | 03 00 | 0.00 | 50.00 | 10/31/08 | 16.67 | 4.17 | 16.67 | 33.34 | |
| 002337 | | #7 (91) SKI BOOTS RENTAL | | | | | | | | | | | | |
| | 000 | 02/01/07 | 50.00 | P | SL/MM | 03 00 | 0.00 | 50.00 | 10/31/08 | 16.67 | 4.17 | 16.67 | 33.34 | |
| 002338 | | #14 RENTAL SKI BOOTS (81) | | | | | | | | | | | | |
| | 000 | 02/01/07 | 50.00 | P | SL/MM | 03 00 | 0.00 | 50.00 | 10/31/08 | 16.67 | 4.17 | 16.67 | 33.34 | |
| 002339 | | #10 RENTAL SKI BOOTS (81) | | | | | | | | | | | | |
| | 000 | 02/01/07 | 50.00 | P | SL/MM | 03 00 | 0.00 | 50.00 | 10/31/08 | 16.67 | 4.17 | 16.67 | 33.34 | |

In re __G.I. Joe's, Inc._____     Case No. _____09-10714-KG_____
                 Debtor                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. 522(b)(2)

☐ 11 U.S.C. 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | Not Applicable | | |

Sheet no. 1 of 1

In re **G.I. Joe's, Inc.**
           Debtor

Case No.     **09-10714-KG**
              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband,

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No:    s326 <br> BANK OF THE WEST, TRINITY DIVISION <br> 475 SANSOME STREET, 19TH FLOOR <br> SAN FRANCISCO, CA 94111 | | | UCC <br> 10/10/2006: OREGON (FILE NO. 7414309) <br><br> Value:       Unknown | X | X | X | UNKNOWN | |
| Vendor No:    s335 <br> CISCO SYSTEMS CAPITAL CORPORATION <br> 1111 OLD EAGLE SCHOOL ROAD <br> WAYNE, PA 19087 | | | UCC <br> 8/2/2007: OREGON (FILE NO. 7703269) <br><br> Value:       Unknown | X | X | X | UNKNOWN | |
| Vendor No:    s312 <br> CONTINENTAL BANK <br> 15 WEST SOUTH TEMPLE <br> SUITE 420 <br> SALT LAKE CITY, UT 84101 | | | UCC <br> 5/12/2004: OREGON (FILE NO. 6566969) <br> 1/28/2005: OREGON (FILE NO. 6818552) <br><br> Value:       Unknown | X | X | X | UNKNOWN | |

Sheet no. 1 of 6  sheets attached to Schedule of
Creditors Holding Secured Claims

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No: s299 <br> CRYSTAL CAPITAL FUND MANAGEMENT, L P , AS COLLATERAL AGENT <br> TWO INTERNATIONAL PLACE <br> 17TH FLOOR <br> BOSTON, MA 02110 | | | UCC <br> 2/2/2007: DELAWARE (FILE NO. 20070433036) <br><br> Value: Unknown | X | X | X | UNKNOWN | |
| Vendor No: s1394 <br> CRYSTAL CAPITAL FUND MANAGEMENT, L P , AS COLLATERAL AGENT <br> TWO INTERNATIONAL PLACE <br> 17TH FLOOR <br> BOSTON, MA 02110 | X | | SECURED DEBT <br> TRANCHE B: CRYSTAL CAPITAL FUND MANAGEMENT, LP, AS ADMINISTRATIVE AND COLLATERAL AGENT FOR THE LENDER PARTIES UNDER THAT CERTAIN LOAN AND SECURITY AGREEMENT DATED AS OF FEBRUARY 1, 2007, AS AMENDED BY THAT CERTAIN FIRST AMENDMENT TO LOAN AND SECURITY AGREEMENT DATED AS OF FEBRUARY 7, 2007 AND THAT CERTAIN SECOND AMENDMENT AND WAIVER TO LOAN AND SECURITY AGREEMENT DATED AS OF MARCH 20, 2008. <br><br> Value: Unknown | | | | $35,200,000.00 | |
| Vendor No: s330 <br> CRYSTAL CAPITAL FUND MANAGEMENT, L P , AS ADMINISTRATIVE COLLATERAL AGENT <br> TWO INTERNATIONAL PLACE <br> 17TH FLOOR <br> BOSTON, MA 02199 | | | UCC <br> 2/1/2007: OREGON (FILE NO. 7514234) <br><br> Value: Unknown | X | X | X | UNKNOWN | |
| Vendor No: s308 <br> CUPERTINO NATIONAL BANK <br> C/O GREATER BAY EQUIPMENT FINANCE <br> 2000 POWELL STREET, 4TH FLOOR <br> EMERYVILLE, CA 94608 | | | UCC <br> 5/15/2003: OREGON (FILE NO. 621305) <br><br> Value: Unknown | X | X | X | UNKNOWN | |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| **Vendor No:** s323<br>DELL FINANCIAL SERVICES , L P<br>12234 N IH-35, BLDG B<br>AUSTIN, TX 78753 | | UCC<br>2/28/2006: OREGON (FILE NO. 7186918)<br>11/20/2006: OREGON (FILE NO. 7450749)<br>7/2/2007: OREGON (FILE NO. 7671359)<br>11/21/2007: OREGON (FILE NO. 7804504)<br>6/11/2004: OREGON (FILE NO. 6600153)<br>**Value:**             Unknown | X | X | X | UNKNOWN | |
| **Vendor No:** s310<br>DELL FINANCIAL SERVICES L L C<br>12234 N IH-35, BLDG B<br>AUSTIN, TX 78753 | | UCC<br>1/12/2004: OREGON (FILE NO. 6446505)<br><br>**Value:**             Unknown | X | X | X | UNKNOWN | |
| **Vendor No:** s325<br>FIRST AMERICAN COMMERCIAL BANCORP, INC.<br>645 N MICHIGAN AVE, STE 800<br>CHICAGO, IL 60611 | | UCC<br>10/10/2006: OREGON (FILE NO. 7414309)<br><br>**Value:**             Unknown | X | X | X | UNKNOWN | |
| **Vendor No:** s311<br>FIRST STATE BANK OF NEWCASTLE<br>24 N SUMNER STREET<br>NEWCASTLE, WY 82701 | | UCC<br>5/12/2004: OREGON (FILE NO. 6565860)<br>2/13/2007: OREGON (FILE NO. 7525219)<br>**Value:**             Unknown | X | X | X | UNKNOWN | |
| **Vendor No:** s307<br>FOOTHILL CAPITAL CORPORATION<br>2450 COLORADO AVENUE<br>SUITE 3000 WEST<br>SANTA MONICA, CA 90404-3333 | | UCC<br>11/5/2002: OREGON (FILE NO. 603554)<br><br>**Value:**             Unknown | X | X | X | UNKNOWN | |
| **Vendor No:** s336<br>GE MONEY BANK<br>4246 SOUTH RIVERBOAT ROAD<br>SUITE 200<br>SALT LAKE CITY, UT 84123 | | UCC<br>10/31/2007: OREGON (FILE NO. 7785916)<br><br>**Value:**             Unknown | X | X | X | UNKNOWN | |

In re G.I. Joe's, Inc.
_____
Debtor

Case No. 09-10714-KG
_____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JDINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No:          s319 GLOBAL VANTAGE LTD 2424 SE BRISTOL STREET SUITE 280 NEW PORT BEACH, CA 92660 | | | UCC 3/18/2005: OREGON (FILE NO. 6862569) 12/16/2005: OREGON (FILE NO. 7125661) Value:                  Unknown | X | X | X | UNKNOWN | |
| Vendor No:          s328 IBM CREDIT LLC 1 NORTH CASTLE DRIVE ARMONK, NY 10504 | | | UCC 1/9/2007: OREGON (FILE NO. 7495979) 2/22/2007: OREGON (FILE NO. 7534474) Value:                  Unknown | X | X | X | UNKNOWN | |
| Vendor No:          s309 KINGS DOMINION, LLC 2516 SOUTH ORCHARD DRIVE BOUNTIFUL, UT 84010 | | | UCC 6/26/2003: OREGON (FILE NO. 625766) 8/1/2005: OREGON (FILE NO. 6998269) Value:                  Unknown | X | X | X | UNKNOWN | |
| Vendor No:          s313 LES SCHWAB TIRE CENTERS OF PORTLAND, INC. 29175 SW TOWN CENTER LOOP WILSONVILLE, OR 97070 | | | UCC 6/7/2004: OREGON (FILE NO. 6593594) Value:                  Unknown | X | X | X | UNKNOWN | |
| Vendor No:          s305 NEC AMERICA, INC. 300 FRANK W BURR BLVD TEANECK, NJ 07666 | | | UCC 8/16/2001: OREGON (FILE NO. 562616) Value:                  Unknown | X | X | X | UNKNOWN | |
| Vendor No:          s304 NMHG FINANCIAL SERVICES INC. 44 OLD RIDGEBURY ROAD DANBURY, CT 06810 | | | UCC 1/11/2001: OREGON (FILE NO. 538564) Value:                  Unknown | X | X | X | UNKNOWN | |

Sheet no. 4 of 6 sheets attached to Schedule of
Creditors Holding Secured Claims

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No:        s316 | | | | | | | | |
| NOGALES INVESTORS FUND I, LP, AS COLLATERAL AGENT C/O NOGALES INVESTORS MANAGEMENT, LLC 9229 WEST SUNSET BOULEVARD SUITE 900 LOS ANGELES, CA  90069 | | | UCC 11/18/2004: OREGON (FILE NO. 6753857) | X | X | X | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |
| Vendor No:        s324 | | | | | | | | |
| PACIFIC OFFICE AUTOMATION, INC. 1961 HIRST DRIVE MOBERLY, MO 65270 | | | UCC 8/3/2006: OREGON (FILE NO. 7348952) | X | X | X | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |
| Vendor No:        s318 | | | | | | | | |
| PRIME ALLIANCE BANK 1868 SOUTH 500 WEST SUITE 200 WOODS CROSS, UT  84087 | | | UCC 2/25/2005: OREGON (FILE NO. 6842141) 6/14/2005: OREGON (FILE NO. 6948547) 2/13/2007: OREGON (FILE NO. 7525203) | X | X | X | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |
| Vendor No:        s315 | | | | | | | | |
| SENSORMATIC ELECTRONICS CORPORATION ONE TOWN CENTER ROAD BOCA RATON, FL 33486 | | | UCC 9/13/2004: OREGON (FILE NO. 6690055) | X | X | X | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |
| Vendor No:        s302 | | | | | | | | |
| WELLS FARGO RETAIL FINANCE, LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT ONE BOSTON PLACE, 18TH FLOOR BOSTON, MA  02108 | | | UCC 3/5/1998: OREGON (FILE NO. 412614) 3/13/1998: OREGON (FILE NO. 413891) 11/5/2002: OREGON (FILE NO. 603554) 1/31/2007: OREGON (FILE NO. 7513307) | X | X | X | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |

In re G.I. Joe's, Inc.
_____
           Debtor

Case No. ___09-10714-KG___
                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Vendor No: s1386 | | | | | | | |
| WELLS FARGO RETAIL FINANCE, LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT ONE BOSTON PLACE, 18TH FLOOR BOSTON, MA 02108 | X | SECURED DEBT SENIOR: WELLS FARGO RETAIL FINANCE, LLC, AS ADMINISTRATIVE AND COLLATERAL AGENT FOR THE LENDER PARTIES UNDER THAT CERTAIN FIRST AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT, DATED AS OF FEBRUARY 1, 2007, AS AMENDED BY THAT CERTAIN AMENDMENT NUMBER ONE AND WAIVER TO FIRST AMENDED AND RESTATED LOAN AND SECURITY AGREEMENT, DATED AS OF MARCH 20, 2008. | | | | $45,818,820.55 | |
| | | Value:                    Unknown | | | | | |
| Vendor No: s300 | | | | | | | |
| WORLD WIDE DISTRIBUTORS INC. PO BOX C88607 SEATTLE, WA 98188 | | UCC 6/15/1978: OREGON (FILE NO. 707) | X | X | X | UNKNOWN | |
| | | Value:                    Unknown | | | | | |
| Vendor No: s1401 | | | | | | | |
| WORLD WIDE DISTRIBUTORS 8211 SOUTH 194TH KENT, WA 98032 | | SECURED DEBT | | | | $1,376,639.77 | |
| | | Value:                    Unknown | | | | | |

Sheet no. 6 of 6 sheets attached to Schedule of
Creditors Holding Secured Claims

Total Unsecured

Total Secured
(Use only on the last page of the completed Schedule D)

| $82,395,460.32 |
|---|
| PLUS UNKNOWN |

(Report total also on Summary of Schedules)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)**

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.  11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days  immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re **G.I. Joe's, Inc.**               Case No.      **09-10714-KG**
_____
          Debtor                                                        (If known)

☐  **Certain Farmers and Fishermen**

    Claims of certain farmers and fishermen, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Other Certain Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9)

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

                                        107      continuation sheets attached

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Vendor No: s671<br>ABBOTT, ISAAC A<br>188 CALIFORNIA ST APT 1<br>ASHLAND, OR 97520 | | | EMPLOYEE PAYABLE | | X | | $73.21 | UNKNOWN |
| Vendor No: s672<br>ABRA, CARLEEN M<br>12110 149TH ST E<br>PUYALLUP, WA 98374 | | | EMPLOYEE PAYABLE | | X | | $1,471.20 | UNKNOWN |
| Vendor No: s673<br>ADAMS, JACOB J<br>2214 NE GRANT STREET<br>HILLSBORO, OR 97124 | | | EMPLOYEE PAYABLE | | X | | $556.80 | UNKNOWN |
| Vendor No: s426<br>ALEXANDER, KRISTOPHER J<br>17612 SE 121ST PL<br>NEW CASTLE, WA 98059 | | | EMPLOYEE PAYABLE | | X | | $2,434.15 | UNKNOWN |
| Vendor No: s427<br>ALLER, STEPHANIE N<br>PO BOX 4404<br>MCCHORD AFB, WA 98438 | | | EMPLOYEE PAYABLE | | X | | $1,434.46 | UNKNOWN |
| Vendor No: s674<br>ALMASSY, TREVOR J<br>1335 MAIRE CT<br>BELLINGHAM, WA 98226 | | | EMPLOYEE PAYABLE | | X | | $741.10 | UNKNOWN |
| Vendor No: s428<br>ALMLI, CURT A<br>22500 SE 56TH ST 36-400<br>ISSAQUAH, WA 98029 | | | EMPLOYEE PAYABLE | | X | | $4,676.31 | UNKNOWN |
| Vendor No: s675<br>ALVAREZ, PATRICK D<br>11625 SW TEAL BLVD APT H<br>BEAVERTON, OR 97007 | | | EMPLOYEE PAYABLE | | X | | $1,009.70 | UNKNOWN |
| Vendor No: s676<br>AMBRIZ, CHRISTINA N<br>38825 180TH AVE SE<br>AUBURN, WA 98092 | | | EMPLOYEE PAYABLE | | X | | $507.36 | UNKNOWN |

Debtor              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Vendor No: s429<br>AMIOTTE, MELISSA S<br>622 SW 158TH ST<br>BURIEN, WA 98166 | | EMPLOYEE PAYABLE | | X | | $1,922.54 | UNKNOWN |
| Vendor No: s677<br>ANDERSON, ALEXANDER J<br>3788 NE 4TH ST APT D202<br>RENTON, WA 98056 | | EMPLOYEE PAYABLE | | X | | $423.40 | UNKNOWN |
| Vendor No: s430<br>ANDERSON, ANDREW S<br>17168 SW PACIFIC HWY APT F272<br>TIGARD, OR 97224 | | EMPLOYEE PAYABLE | | X | | $492.18 | UNKNOWN |
| Vendor No: s678<br>ANDERSON, JACE M<br>17610 NE 131ST PLACE<br>REDMOND, WA 98052 | | EMPLOYEE PAYABLE | | X | | $121.16 | UNKNOWN |
| Vendor No: s679<br>ANDERSON, JUDYTH M<br>918 NE 72ND PL<br>SHORELINE, WA 98155 | | EMPLOYEE PAYABLE | | X | | $501.60 | UNKNOWN |
| Vendor No: s680<br>ANDERSON, MICHAEL J<br>5822 97TH AVE CT W<br>UNIVERSITY PLACE, WA 98467 | | EMPLOYEE PAYABLE | | X | | $405.85 | UNKNOWN |
| Vendor No: s431<br>ANDREW, CRIS L<br>5923 RHINESTONE CT SE<br>SALEM, OR 97306 | | EMPLOYEE PAYABLE | | X | | $7,684.62 | UNKNOWN |
| Vendor No: s432<br>ANTHONY, TARA L<br>4701 PARKVIEW DR APT B<br>LAKE OSWEGO, OR 97035 | | EMPLOYEE PAYABLE | | X | | $1,442.31 | UNKNOWN |
| Vendor No: s681<br>ARAGON, STEVEN R<br>31750 14TH WAY SW<br>FEDERAL WAY, WA 98023 | | EMPLOYEE PAYABLE | | X | | $147.70 | UNKNOWN |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s682 ARANA, WENDY 920 EAST 56TH ST TACOMA, WA 98404 | | EMPLOYEE PAYABLE | X | $192.88 | UNKNOWN |
| Vendor No: s433 ARINIELLO, EDWARD A 29455 SW HEATER ROAD SHERWOOD, OR 97140 | | EMPLOYEE PAYABLE | X | $15,212.31 | UNKNOWN |
| Vendor No: s683 ARNOLD, LAURA E 2136 NE 16TH ST SEATTLE, WA 98155 | | EMPLOYEE PAYABLE | X | $343.75 | UNKNOWN |
| Vendor No: s434 ASHBY, ALAN D 1050 HIDDEN CRK DR NE APT 203 KEIZER, OR 97303 | | EMPLOYEE PAYABLE | X | $3,399.69 | UNKNOWN |
| Vendor No: s435 ASHCRAFT, CAROLYN J 902 ARTHUR AVE COTTAGE GROVE, OR 97424 | | EMPLOYEE PAYABLE | X | $3,701.54 | UNKNOWN |
| Vendor No: s684 AUDISS, RAMSEY S PO BOX 590 TURNER, OR 97392 | | EMPLOYEE PAYABLE | X | $162.75 | UNKNOWN |
| Vendor No: s436 AUE, DAVID R 3053 SW FLOWER TERRACE PORTLAND, OR 97239 | | EMPLOYEE PAYABLE | X | $1,480.62 | UNKNOWN |
| Vendor No: s685 AYERS, APRIL L 8838 S G ST TACOMA, WA 98444 | | EMPLOYEE PAYABLE | X | $511.75 | UNKNOWN |
| Vendor No: s437 AYERS, NIKKI L 2810 MT VIEW RD FERNDALE, WA 98248 | | EMPLOYEE PAYABLE | X | $1,422.92 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s438 AYERS, TIMOTHY J 4905 W 9TH AVE KENNEWICK, WA 99336 | | EMPLOYEE PAYABLE | X | $1,422.92 | UNKNOWN |
| Vendor No: s686 BABCOCK, DANIEL L 2481 NE WINTERGREEN DR BEND, OR 97701 | | EMPLOYEE PAYABLE | X | $566.30 | UNKNOWN |
| Vendor No: s687 BACA, JOAQUIN M 3187 NE 13TH PLACE HILLSBORO, OR 97124 | | EMPLOYEE PAYABLE | X | $374.00 | UNKNOWN |
| Vendor No: s688 BAEZ, ADAM R 30311 NE 92 AVE BATTLE GROUND, WA 98604 | | EMPLOYEE PAYABLE | X | $707.60 | UNKNOWN |
| Vendor No: s439 BAILEY, CURTIS H 26250 SW CANYON CRK RD AP 202 WILSONVILLE, OR 97070 | | EMPLOYEE PAYABLE | X | $2,423.08 | UNKNOWN |
| Vendor No: s689 BAILEY, RACHEL M 1822 NE YELLOWSTONE LANE BEND, OR 97701 | | EMPLOYEE PAYABLE | X | $1,034.74 | UNKNOWN |
| Vendor No: s690 BAKER, NINA R 6210 71ST ST COURT W APT C LAKEWOOD, WA 98499 | | EMPLOYEE PAYABLE | X | $348.20 | UNKNOWN |
| Vendor No: s440 BALDWIN, JEFFREY R 3458 LIVINGSTON ST APT 206 SALEM, OR 97301 | | EMPLOYEE PAYABLE | X | $576.92 | UNKNOWN |
| Vendor No: s441 BALKE, MANDALIN A PO BOX 372 SCOTTS MILLS, OR 97375 | | EMPLOYEE PAYABLE | X | $1,999.85 | UNKNOWN |

Sheet no. 6 of 109  sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s691 <br> BALLER, DOUGLAS R <br> 535 PINE ST SE <br> DALLAS, OR 97338 | | EMPLOYEE PAYABLE | X | $1,350.00 | UNKNOWN |
| Vendor No: s692 <br> BALLOU, AMBER R <br> 5779 SE GAITGILL COURT <br> MILWAUKIE, OR 97267 | | EMPLOYEE PAYABLE | X | $126.15 | UNKNOWN |
| Vendor No: s442 <br> BANCROFT, STEPHEN P <br> 1347 SE EVANS LOOP <br> TROUTDALE, OR 97060 | | EMPLOYEE PAYABLE | X | $2,441.77 | UNKNOWN |
| Vendor No: s693 <br> BANE, BRANDY A <br> 1570 FIRCREST CT SE <br> SALEM, OR 97306 | | EMPLOYEE PAYABLE | X | $172.00 | UNKNOWN |
| Vendor No: s443 <br> BARKER, ROBERT L <br> 4465 EXETER ST <br> WEST LINN, OR 97068 | | EMPLOYEE PAYABLE | X | $2,792.08 | UNKNOWN |
| Vendor No: s694 <br> BARNARD, JUNE <br> 8614 NE FREMONT ST <br> PORTLAND, OR 97220 | | EMPLOYEE PAYABLE | X | $1,456.40 | UNKNOWN |
| Vendor No: s695 <br> BARR, CONNIE J <br> 2633 SW OBSIDIAN AVE SP 9 <br> REDMOND, OR 97756 | | EMPLOYEE PAYABLE | X | $353.15 | UNKNOWN |
| Vendor No: s696 <br> BARRETT, DANESHIA R <br> 15370 SW CLIFFORD CT <br> SHERWOOD, OR 97140 | | EMPLOYEE PAYABLE | X | $345.30 | UNKNOWN |
| Vendor No: s697 <br> BARTELT, KEVIN R <br> 23245 CALVARY WAY <br> MOUNT VERNON, WA 98273 | | EMPLOYEE PAYABLE | X | $116.55 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Vendor No: s444 <br> BARTLETT, DAVID R <br> 7198 LIPSCOMB ST SE <br> SALEM, OR 97317 | | EMPLOYEE PAYABLE | | X | | UNKNOWN | UNKNOWN |
| Vendor No: s698 <br> BARTLEY, JENNIFER L <br> 1332 DUVALL AVE NE APT C234 <br> RENTON, WA 98059 | | EMPLOYEE PAYABLE | | X | | $992.00 | UNKNOWN |
| Vendor No: s699 <br> BARTON, SEAN R <br> 424 SE 111TH AVE <br> PORTLAND, OR 97216 | | EMPLOYEE PAYABLE | | X | | $1,138.95 | UNKNOWN |
| Vendor No: s700 <br> BEAMES, JAMES R <br> 14601 SE 13TH ST <br> VANCOUVER, WA 98683 | | EMPLOYEE PAYABLE | | X | | $562.35 | UNKNOWN |
| Vendor No: s701 <br> BEATY, BRYAN D <br> 12170 SW JAMES CT <br> TIGARD, OR 97223 | | EMPLOYEE PAYABLE | | X | | $2,998.00 | UNKNOWN |
| Vendor No: s445 <br> BEATY, DIANE M <br> 150 TERRA LINDA AVE <br> EUGENE, OR 97404 | | EMPLOYEE PAYABLE | | X | | $2,307.46 | UNKNOWN |
| Vendor No: s446 <br> BEEBE, CHAD P <br> 2823 NW ADAGIO WAY <br> HILLSBORO, OR 97124 | | EMPLOYEE PAYABLE | | X | | $1,380.46 | UNKNOWN |
| Vendor No: s702 <br> BELL, ZACHARY S <br> 611 S BLAINE ST 105 <br> NEWBERG, OR 97132 | | EMPLOYEE PAYABLE | | X | | $389.05 | UNKNOWN |
| Vendor No: s703 <br> BELLACK, BILL <br> 200 SW FLORENCE G1 <br> GRESHAM, OR 97080 | | EMPLOYEE PAYABLE | | X | | $896.90 | UNKNOWN |

In re __G.I. Joe's, Inc._____     Case No. _____09-10714-KG_____
           Debtor                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s704 <br> BELLANDO, ANTHONY P <br> 405 E 14TH APT 7 <br> EUGENE, OR 97401 | | EMPLOYEE PAYABLE | X | $248.40 | UNKNOWN |
| Vendor No: s1395 <br> BENEDICT, BARBARA J <br> 11693 THRUSH CT NE <br> AURORA, OR 97002 | | EMPLOYEE PAYABLE | X | UNKNOWN | UNKNOWN |
| Vendor No: s705 <br> BENGE, TAYLOR J <br> 75 23RD AVE <br> MILTON, WA 98354 | | EMPLOYEE PAYABLE | X | $222.80 | UNKNOWN |
| Vendor No: s706 <br> BENNATTS, TUDOR A <br> 29703 NE STAUFFER ROAD <br> CAMAS, WA 98607 | | EMPLOYEE PAYABLE | X | $268.25 | UNKNOWN |
| Vendor No: s447 <br> BENNETT, LORI E <br> 8520 133RD ST E <br> PUYALLUP, WA 98373 | | EMPLOYEE PAYABLE | X | $3,565.38 | UNKNOWN |
| Vendor No: s707 <br> BENSHOOF, MOLLY R <br> 300 WESTERN AVE SE UNIT 46 <br> ALBANY, OR 97322 | | EMPLOYEE PAYABLE | X | $533.20 | UNKNOWN |
| Vendor No: s708 <br> BERGER, GRETCHEN S <br> 14828 SE BROOKE CT <br> SHERWOOD, OR 97140 | | EMPLOYEE PAYABLE | X | $1,962.75 | UNKNOWN |
| Vendor No: s709 <br> BERGQUIST, JENNIFER K <br> 15 164TH ST SW H1 <br> BOTHELL, WA 98292 | | EMPLOYEE PAYABLE | X | $833.10 | UNKNOWN |
| Vendor No: s710 <br> BERMAN, JUSTIN M <br> 17564 BLUE HERON CT <br> LAKE OSWEGO, OR 97034 | | EMPLOYEE PAYABLE | X | $185.20 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Vendor No: s711 BERNARD, MICHAEL P 2470 EDGEWOOD NE SALEM, OR 97303 | | EMPLOYEE PAYABLE | X | | | $5.60 | UNKNOWN |
| Vendor No: s712 BERNARDS, SCOTT C 3223 SW 26TH GRESHAM, OR 97080 | | EMPLOYEE PAYABLE | X | | | $365.20 | UNKNOWN |
| Vendor No: s448 BERQUIST, DAVID M 15029 222ND ST DR SE MONROE, WA 98272 | | EMPLOYEE PAYABLE | X | | | $1,288.15 | UNKNOWN |
| Vendor No: s713 BERRY, PEGGY S 538 LOCUST ST NE SALEM, OR 97301 | | EMPLOYEE PAYABLE | X | | | $761.50 | UNKNOWN |
| Vendor No: s714 BERRY, TIFFANY R 4763 MORRIS AVE S R101 RENTON, WA 98055 | | EMPLOYEE PAYABLE | X | | | $370.65 | UNKNOWN |
| Vendor No: s715 BETTERIDGE, IAN P K 3404 NE 43RD AVE PORTLAND, OR 97213 | | EMPLOYEE PAYABLE | X | | | $1,686.63 | UNKNOWN |
| Vendor No: s449 BIRD, SUSANNE L 1111 SE 3RD SP 22 CANBY, OR 97013 | | EMPLOYEE PAYABLE | X | | | $3,489.92 | UNKNOWN |
| Vendor No: s716 BJORNSON, MICHAEL A 2318 S 284TH PL FEDERAL WAY, WA 98003 | | EMPLOYEE PAYABLE | X | | | $169.92 | UNKNOWN |
| Vendor No: s717 BLACK, COURTNEY B 17739 SW ELDERVIEW DR SHERWOOD, OR 97140 | | EMPLOYEE PAYABLE | X | | | $434.00 | UNKNOWN |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s718 <br> BLACKMORE, JUSTIN S <br> 2007 SE MARION ST SE APT 8 <br> ALBANY, OR 97322 | | EMPLOYEE PAYABLE | X | $171.80 | UNKNOWN |
| Vendor No: s450 <br> BLAIR JR, CARL L <br> 14600 SE MARCI WAY <br> CLACKAMAS, OR 97015 | | EMPLOYEE PAYABLE | X | $2,307.69 | UNKNOWN |
| Vendor No: s451 <br> BLAIR, JEFFREY M <br> 1806 WHITMAN CT NE <br> RENTON, WA 98059 | | EMPLOYEE PAYABLE | X | $3,091.85 | UNKNOWN |
| Vendor No: s719 <br> BLOOMQUIST, CRYSTAL M <br> 1101 SCISM ROAD <br> NAMPA, ID 83686 | | EMPLOYEE PAYABLE | X | $313.35 | UNKNOWN |
| Vendor No: s720 <br> BOE, RANDY T <br> 405 S 7TH ST APT 208 <br> RENTON, WA 98057 | | EMPLOYEE PAYABLE | X | $232.41 | UNKNOWN |
| Vendor No: s721 <br> BOGDANOFF, VASILY N <br> 11004 UCT LOOP RD <br> LAKE STEVENS, WA 98258 | | EMPLOYEE PAYABLE | X | $158.80 | UNKNOWN |
| Vendor No: s452 <br> BOLDRIN, DEREK J <br> 7805 JENSEN FARM LANE APT F2 <br> ARLINGTON, WA 98223 | | EMPLOYEE PAYABLE | X | $2,250.00 | UNKNOWN |
| Vendor No: s453 <br> BORCHERDING, ROBERT L <br> 6012 NE 20TH COURT <br> VANCOUVER, WA 98665 | | EMPLOYEE PAYABLE | X | $6,191.95 | UNKNOWN |
| Vendor No: s722 <br> BORHO, SUZANNE K <br> 1699 APRIL CT <br> WEST LINN, OR 97068 | | EMPLOYEE PAYABLE | X | $2,395.20 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | COOEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Vendor No: s723 BOSSHARDT, MICHAEL J 6937 34TH AVE E TACOMA, WA 98443 | | | EMPLOYEE PAYABLE | | X | | $538.90 | UNKNOWN |
| Vendor No: s724 BOTTCHER, GEOFFREY M 1425 SW 26TH CT GRESHAM, OR 97080 | | | EMPLOYEE PAYABLE | | X | | $185.15 | UNKNOWN |
| Vendor No: s725 BOUDREAU, CHARLES H 12012 NE 78TH ST ORCHARDS, WA 98682 | | | EMPLOYEE PAYABLE | | X | | $1,783.60 | UNKNOWN |
| Vendor No: s726 BOURDLAIS, JAMIE A 1030 MONTAGUE ST DARRINGTON, WA 98241 | | | EMPLOYEE PAYABLE | | X | | $520.20 | UNKNOWN |
| Vendor No: s727 BOUTILIER, STEVE C 8754 SW WAKKILA TERRACE BEAVERTON, OR 97007 | | | EMPLOYEE PAYABLE | | X | | $2,279.80 | UNKNOWN |
| Vendor No: s454 BOWDEN, DAVID A 9014 45TH AVE SW APT 28 SEATTLE, WA 98136 | | | EMPLOYEE PAYABLE | | X | | $1,326.92 | UNKNOWN |
| Vendor No: s728 BOZZO, FRANCO V 7222 192ND AVE E BONNEY LAKE, WA 98390 | | | EMPLOYEE PAYABLE | | X | | $220.25 | UNKNOWN |
| Vendor No: s729 BRECKENRIDGE, REBECCA S 2515 WETMORE AVE EVERETT, WA 98201 | | | EMPLOYEE PAYABLE | | X | | UNKNOWN | UNKNOWN |
| Vendor No: s730 BREILAND, COREY J 6302 SE VIRGINIA ST HILLSBORO, OR 97123 | | | EMPLOYEE PAYABLE | | X | | $414.90 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s455 BREWER, SCOTT R 8507 W 1ST AVE KENNEWICK, WA 99336 | | EMPLOYEE PAYABLE | X | $1,422.92 | UNKNOWN |
| Vendor No: s456 BRIA, MELENDA R 23384 SW WILLIAM AVE SHERWOOD, OR 97140 | | EMPLOYEE PAYABLE | X | $2,961.23 | UNKNOWN |
| Vendor No: s731 BRIDGE JR, FREDRICK E 19166 130TH CT NE BOTHELL, WA 98011 | | EMPLOYEE PAYABLE | X | $958.90 | UNKNOWN |
| Vendor No: s732 BRIEN, SAM E 7903 131ST CT EAST PUYALLUP, WA 98373 | | EMPLOYEE PAYABLE | X | $137.30 | UNKNOWN |
| Vendor No: s733 BRINSFIELD, TONYA M 10311 SE BELL AVE MILWAUKIE, OR 97222 | | EMPLOYEE PAYABLE | X | $181.75 | UNKNOWN |
| Vendor No: s734 BRISTOL, DENNIS M 19116 LOT WHITCOMB DR OREGON CITY, OR 97045 | | EMPLOYEE PAYABLE | X | $462.93 | UNKNOWN |
| Vendor No: s735 BRISTOW, BENJAMIN J 600 EDWINA AVE CENTRAL POINT, OR 97502 | | EMPLOYEE PAYABLE | X | $287.76 | UNKNOWN |
| Vendor No: s736 BRIZUELA, JUAN C 880 N 7TH ST AUMSVILLE, OR 97325 | | EMPLOYEE PAYABLE | X | $1,209.24 | UNKNOWN |
| Vendor No: s457 BROCK, CHRISTOPHER 1455 S PUGET DRIVE APT I303 RENTON, WA 98059 | | EMPLOYEE PAYABLE | X | $1,518.92 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s458￼BROOKS, DUSTIN￼1816 N 145TH ST￼SHORELINE, WA 98133 | | EMPLOYEE PAYABLE | X | $969.09 | UNKNOWN |
| Vendor No: s737￼BROOKS, LAURISA C￼8915 STATE ST￼SALEM, OR 97301 | | EMPLOYEE PAYABLE | X | $272.40 | UNKNOWN |
| Vendor No: s459￼BROWN, DANA E￼4527 S COTTAGE GROVE LN￼NAMPA, ID 83686 | | EMPLOYEE PAYABLE | X | $1,507.38 | UNKNOWN |
| Vendor No: s460￼BROWN, GREGORY H￼16420 161ST ST SE￼MONROE, WA 98272 | | EMPLOYEE PAYABLE | X | $1,603.85 | UNKNOWN |
| Vendor No: s738￼BROWN, LORA￼6002 NE HAZEL DELL AVE￼VANCOUVER, WA 98665 | | EMPLOYEE PAYABLE | X | $2,969.20 | UNKNOWN |
| Vendor No: s1396￼BROWN, MICHAEL J￼7226 SE TENINO￼PORTLAND, OR 97206 | | EMPLOYEE PAYABLE | X | UNKNOWN | UNKNOWN |
| Vendor No: s461￼BROWN, ROBIN L￼369 CASCADE DR￼CENTRAL POINT, OR 97502 | | EMPLOYEE PAYABLE | X | $1,230.46 | UNKNOWN |
| Vendor No: s739￼BROWN, TAWNYA L￼602 CREST DR￼EUGENE, OR 97405 | | EMPLOYEE PAYABLE | X | $214.80 | UNKNOWN |
| Vendor No: s740￼BROWN, ZACHARY D￼328 SUMNER AVE￼SUMNER, WA 98390 | | EMPLOYEE PAYABLE | X | $662.62 | UNKNOWN |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | | | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Vendor No: | s741 | | | EMPLOYEE PAYABLE | | X | | $799.38 | UNKNOWN |
| BRUCE, GERALD G 490 W ROSE ST LEBANON, OR 97355 | | | | | | | | | |
| Vendor No: | s462 | | | EMPLOYEE PAYABLE | | X | | $1,307.54 | UNKNOWN |
| BRUCK, JESSICA L 15370 SW CLIFFORD CT SHERWOOD, OR 97140 | | | | | | | | | |
| Vendor No: | s742 | | | EMPLOYEE PAYABLE | | X | | $118.05 | UNKNOWN |
| BRYANT, DOUGLAS A 17735 TIMS VIEW GLADSTONE, OR 97027 | | | | | | | | | |
| Vendor No: | s743 | | | EMPLOYEE PAYABLE | | X | | $2,803.05 | UNKNOWN |
| BUCKMILLER, MARTA A 7220 NE 69TH ST VANCOUVER, WA 98662 | | | | | | | | | |
| Vendor No: | s744 | | | EMPLOYEE PAYABLE | | X | | $857.70 | UNKNOWN |
| BULLARD, KYLE S 8010 DOUGLAS AVE SE APT 201 SNOQUALMIE, WA 98065 | | | | | | | | | |
| Vendor No: | s745 | | | EMPLOYEE PAYABLE | | X | | $2,079.45 | UNKNOWN |
| BUMPUS, PATRICIA M 583 MILL AVE S APT 302 RENTON, WA 98057 | | | | | | | | | |
| Vendor No: | s463 | | | EMPLOYEE PAYABLE | | X | | $692.31 | UNKNOWN |
| BUNCH, DONALD A 2308 S KATY CT SPOKANE, WA 99224 | | | | | | | | | |
| Vendor No: | s746 | | | EMPLOYEE PAYABLE | | X | | $225.20 | UNKNOWN |
| BURGESS, BRANDON C 19920 SW JOHNSON ST BEAVERTON, OR 97006 | | | | | | | | | |
| Vendor No: | s747 | | | EMPLOYEE PAYABLE | | X | | $180.90 | UNKNOWN |
| BURIC, DINA 744 EAST KELLOGG RD BELLINGHAM, WA 98226 | | | | | | | | | |

Sheet no. 15 of 109 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No:    s464<br>BURLEY, SHANNON M<br>18607 BALLANTRAE DR<br>ARLINGTON, WA 98223 | | EMPLOYEE PAYABLE | X | $4,753.38 | UNKNOWN |
| Vendor No:    s748<br>BURMASTER, MICHAEL J<br>3420 W MCLEOD RD APT 52<br>BELLINGHAM, WA 98225 | | EMPLOYEE PAYABLE | X | $167.20 | UNKNOWN |
| Vendor No:    s749<br>BURNETT, LANCE L<br>14446 SE BONNIE WAY<br>MILWAUKIE, OR 97267 | | EMPLOYEE PAYABLE | X | $2,684.32 | UNKNOWN |
| Vendor No:    s750<br>BURROWS, RUSSELL<br>1237 CRAMNER<br>LAFAYETTE, OR 97127 | | EMPLOYEE PAYABLE | X | $2,797.80 | UNKNOWN |
| Vendor No:    s465<br>BURSCH, GARY S<br>46904 283RD SE<br>ENUMCLAW, WA 98022 | | EMPLOYEE PAYABLE | X | $1,974.60 | UNKNOWN |
| Vendor No:    s751<br>BURSON, PATRICK E<br>72 WHEATHERSTONE CT<br>LAKE OSWEGO, OR 97035 | | EMPLOYEE PAYABLE | X | $819.70 | UNKNOWN |
| Vendor No:    s466<br>BUSHEY, MICHAEL A<br>18921 SW BONNIE MEADOW LN<br>BEAVERTON, OR 97006 | | EMPLOYEE PAYABLE | X | $3,750.00 | UNKNOWN |
| Vendor No:    s752<br>BUTLER, SABRINA L<br>540 15TH ST NE<br>SALEM, OR 97301 | | EMPLOYEE PAYABLE | X | $682.40 | UNKNOWN |
| Vendor No:    s753<br>CALDWELL, CHRISTOPHER R<br>8057 36TH AVE NE<br>SEATTLE, WA 98115 | | EMPLOYEE PAYABLE | X | $540.90 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|
| Vendor No: s754 CAMERON, MATTHEW G 3306 CHANDLER ST TACOMA, WA 98148 | | EMPLOYEE PAYABLE | X | $1,102.40 | UNKNOWN |
| Vendor No: s755 CAMMON, SAMANTHA L 431 BROADWAY 607 TACOMA, WA 98402 | | EMPLOYEE PAYABLE | X | $139.53 | UNKNOWN |
| Vendor No: s756 CAMPBELL, TREVOR A 2510 N ARCHERY WAY MERIDIAN, ID 83646 | | EMPLOYEE PAYABLE | X | $327.30 | UNKNOWN |
| Vendor No: s467 CANDANOZA, CELESTINA M 5801 PACIFIC RIM LN APT 130 BELLINGHAM, WA 98226 | | EMPLOYEE PAYABLE | X | $1,403.54 | UNKNOWN |
| Vendor No: s468 CANDLAND, GEORGE H 318 HAZLEBROOK DR N KEIZER, OR 97303 | | EMPLOYEE PAYABLE | X | $3,799.38 | UNKNOWN |
| Vendor No: s757 CANTY, KEVIN L 5775 BUTTE FALLS HWY EAGLE POINT, OR 97524 | | EMPLOYEE PAYABLE | X | $697.10 | UNKNOWN |
| Vendor No: s758 CAPRIO, CHRISTOPHER N 11010 SW GAARDE ST APT 1 TIGARD, OR 97224 | | EMPLOYEE PAYABLE | X | $263.72 | UNKNOWN |
| Vendor No: s759 CARLBERG, TIM 5105 N CONCORD PORTLAND, OR 97217 | | EMPLOYEE PAYABLE | X | $1,818.20 | UNKNOWN |
| Vendor No: s760 CARR, ANDREW A 2555 15TH STREET SPRINGFIELD, OR 97477 | | EMPLOYEE PAYABLE | X | $67.70 | UNKNOWN |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | COOEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Vendor No: s761 CARR, RENA F 1850 S PEACH ST MEDFORD, OR 97501 | | | EMPLOYEE PAYABLE | | X | | $757.70 | UNKNOWN |
| Vendor No: s762 CARTER, GARRISON M 24041 GOLDIE LN MOUNT VERNON, WA 98273 | | | EMPLOYEE PAYABLE | | X | | $92.90 | UNKNOWN |
| Vendor No: s763 CASE, LINDA D 600 TOWNSHIP ST PO BOX 415 SEDRO WOOLLEY, WA 98284 | | | EMPLOYEE PAYABLE | | X | | $1,049.20 | UNKNOWN |
| Vendor No: s764 CAYFORD, JEFFERY G 7034 DAHLBERG RD FERNDALE, WA 98248 | | | EMPLOYEE PAYABLE | | X | | $217.55 | UNKNOWN |
| Vendor No: s765 CHAMBERLAIN, BARBARA A 3188 SW 27TH REDMOND, OR 97756 | | | EMPLOYEE PAYABLE | | X | | $1,014.44 | UNKNOWN |
| Vendor No: s766 CHAMBERS, AMANDA J 22439 SW SAXON PL SHERWOOD, OR 97140 | | | EMPLOYEE PAYABLE | | X | | $165.45 | UNKNOWN |
| Vendor No: s767 CHAMBERS, MITCHELL R 11061 NE 143RD PL KIRKLAND, WA 98034 | | | EMPLOYEE PAYABLE | | X | | $315.00 | UNKNOWN |
| Vendor No: s768 CHANEY, NANCY J 2201 SE REGNER GRESHAM, OR 97080 | | | EMPLOYEE PAYABLE | | X | | $726.60 | UNKNOWN |
| Vendor No: s469 CHAPMAN, AARON C 220 NEWPORT WAY SW 205 ISSAQUAH, WA 98027 | | | EMPLOYEE PAYABLE | | X | | $1,269.23 | UNKNOWN |