UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    Case No. 09-10714

GI Joe's, Inc.                            Chapter 11

NOTICE OF TRANSFER OF CLAIM

Pursuant to Federal Rule of Bankruptcy 3001(e)(2), notice is hereby given that the proof of

claim filed by Impex Inc. on 5/13/09 in the sum of $36,385.00 has been unconditionally transferred to

Atradius Trade Credit Insurance, Inc. on 6/17/09, for consideration received. The transferor requests

that any dividend checks be made payable to Atradius Trade Credit Insurance, 5026 Campbell

Boulevard, Suite C, Baltimore, MD 21236, attn. Dana Santilli.

Respectfully submitted

Dana Santilli
Atradius Trade Credit Insurance Inc.
5026 Campbell Boulevard, Suite C
Baltimore, MD 21236

9142867

# Assignment

Ms. Silvia Ruiz
CHI HSIN IMPEX INC
14777 DON JULIAN ROAD
CITY OF INDUSTRY, CA 91746
UNITED STATES OF AMERICA

If you have any questions,
please contact Renee Martin.

| | |
|---|---|
| **Our Reference:** | 9142867 |
| **Telephone:** | +1 410 246 5498 |
| **Fax:** | +1 410 246 5530 |
| **Date:** | 22 May 2009 |

In consideration of the payment of $29,108.00, CHI HSIN IMPEX, INC. (hereafter "Insured") does hereby assign, transfer and set over to

Atradius Trade Credit Insurance Inc.
Attention: Claims Department
5026 Campbell Boulevard, Suite A-D
Baltimore, Maryland 21236

(hereafter "Company") all of its rights, title and interest in the claim against the Debtor identified below, together with all securities and guarantees related thereto, in the amount shown:

Debtor: G. I. JOE'S, INC.

Claim No: 9142867
Policy No: 759686

Amount: $36,385.00

Any portion of the claim assigned to Company that may not have been covered by the Policy specified above must be handled by the Company for the joint benefit of the Insured and Company as their interest appear. Insured agrees to transmit to Company any amounts hereafter received from Debtor or its representative.

Insured warrants the legal validity of the indebtedness for the amount of such claim and that there is no known defense, set-off or counterclaim against it. It is agreed that the Company is not liable for any legal or collection expenses incurred by the Insured prior to the date of this Assignment.

By: *(signature)* (James Chung)
Title: President / E.V.P.
Date: 06/17/2009

Subscribed and Sworn to before me this 17th day of June , 2009 .

*(notary seal:)* RONNIE H. LONG
COMM. #1815921
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Commission Expires Oct. 4, 2012

Notary Public *(signature)* Ronnie Long

My commission Expires
OCT. 04, 2012

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of August, a copy of the foregoing Notice of Transfer of Claim was mailed first-class, postage pre-paid to:

Bankruptcy Clerk's Office:

United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Attorney for Debtor:

Steven M. Yoder
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

FILED
2009 AUG 27 AM 8: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE