Form 210A (10/06)

# United States Bankruptcy Court

_____ District Of Delaware

In re G I Joe's Inc.  Case No. 09-10714-KG

FILED 2009 SEP 30 AM 11:16 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Kraft Foods Global, Inc
Name of Transferee

Ferrara Pan Candy Co
Name of Transferor

Name and Address where notices to transferee should be sent: John D. Versca;
Kraft Foods Global, Inc.
Three Lakes Drive (NF594)
Northfield, IL 60093
Phone: 847-646-5486
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: $12,047.76
Date Claim Filed: 5-7-09

Phone: _____
Last Four Digits of Acct. #: 6179

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 9-29-09
Transferee/Transferee's Agent
Its Attorney

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.