# United States Bankruptcy Court
## District of Delaware

In re

Case No. 09-10713

G.I. JOE'S HOLDING CORPORATION, ET AL.,

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **<u>Contrarian Funds, LLC</u>** | **<u>Mercer Human Resource</u>** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC** | **Mercer Human Resource** |
| 411 West Putnam Ave., Ste. 425 | 111 SW Columbia St., Ste. 500 |
| Greenwich, CT 06830 | Portland, OR 97201 |
| Attn: Alisa Mumola | |
| Phone 203-862-8211 | |

**Claim No. 1672 for $6,100.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____        Date: _____June 22, 2010 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Mercer, Inc., a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 15, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $6,100.00, claim number 1672, against Joe's Outdoor/G.1. Joe's, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. 09-10713 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 15th day of May 2010.
June

**(Assignor)**
Mercer, Inc.

By: _____
Name: Allison Bredcher
Title: Sr. Litigation Counsel

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title: **JANICE M. STANTON**
**MEMBER**

**(Assignor)**
**WITNESS:**

By: _____
Name: Kim Wck
Title: Admin Asst.